UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATRI RILEY-LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USA COURTHOUSE,<br><br>　　　　Defendant. | Case No. 10-cv-0944-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiff's proposed complaint and application to proceed in forma pauperis in this civil rights action, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's complaint is DISMISSED without prejudice, and her application to proceed in forma pauperis is DENIED as moot.

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to Judge Donohue.

DATED this 15th day of July, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 1